## United States v. Chas. Woo Quong

**No. 6185.**—Pro forma invoices dated February 11, 1943, etc.
Entered at Calexico, Calif., February 11, 1943, etc.
Entry No. 1033–A, etc.

(Decided June 26, 1945)

*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney) for the plaintiff.
Defendant not represented by counsel.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon an oral stipulation entered into by and between the respective parties, agreeing, in substance, that the proper value for the merchandise under consideration should be 13½ cents per pound, less 68.2 cents per 100 pounds for nondutiable charges.

Accordingly, I hold the proper value for the involved merchandise to be 13½ cents per pound, less 68.2 cents per 100 pounds for nondutiable charges.

Judgment will be rendered accordingly.